UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FLORENCE LAFICA and JOSEPH LAFICA,

        Plaintiffs,

        -vs-

GUIDANT CORPORATION, et al.,

        Defendants.

**MOTION SCHEDULING ORDER**

07-CV-6010

---

On February 16, 2007, plaintiffs filed a motion seeking leave to amend the complaint and to remand the action to state court. All responding papers relevant to this motion must be filed with the Court by March 21, 2007.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

**IT IS SO ORDERED**.

                                                              DAVID G. LARIMER
                                                              UNITED STATES DISTRICT JUDGE

Dated:        February 21, 2007
                Rochester, New York